```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| FRANCES MILLER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-790-Y |
| | § | |
| EDWARD SLOAN & ASSOCIATES | § | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND <u>DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS</u>

On November 7, 2012, the magistrate judge entered his Findings, Conclusions, and Recommendation ("FCR") (doc. 6). In his FCR, the magistrate judge found that Plaintiff had sufficient monthly resources available to pay the filing fee in this case. Based on this finding, the magistrate judge recommended that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (doc. 3) be denied. The magistrate judge further recommended that Plaintiff be informed that her complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless she timely pays the full filing fee of $350.00. Plaintiff was given until November 28, 2012, to file objections to the magistrate judge's FCR, but she filed none.

After review, the Court ADOPTS the magistrate judge's FCR (doc. 6) as the findings and conclusions of this Court for the reasons stated therein. Plaintiff's motion for leave to proceed in forma pauperis (doc. 3) is DENIED. Plaintiff shall have until **December 12, 2012**, to pay to the clerk of Court the full filing fee

of $350.00.   Failure to do so will result in the dismissal of Plaintiff's case, without prejudice but without further notice.

SIGNED December 4, 2012.

_/s/ Terry R. Means_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc                         2